Court.
 

 It appears that the petition and order in this case were for laying out two ditches entirely distinct, the one to drain lands on the head waters of Bridgeville branch, and the other lands at the head of Gray’s mill-pond. The order has been separately executed, and ¡ the damages separately assessed. One ditch empties into Bridge-ville branch, the other into the mill-pond. The petitioners are not al majority of the owners of land on both ditches, but they are a majority of the owners of the land on one of the ditches. The order is| good as to one of the ditches, but bad as to the other; and the question we have considered is, whether the return is divisible; and w< think it is, the commissioners having carefully distinguished betweer the ditches. As to the objections that the depth of the ditches is no] set forth in the return, nor the outline of the low grounds delineated sufficiently, these may be supplied by the commissioners to whom the report will be sent back for that purpose.
 

 Return and order set aside as to one ditch, and the petitioners to pai one-half of all costs; return sent back as to the other, to be amended|